# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

IN RE:   CASE NO.: 19-40412-KKS
   CHAPTER 13

JULIA MARIE YOUNG

    Debtor    /

## CHAPTER 13 TRUSTEE'S AMENDED MOTION TO DISMISS
## (AMENDS DOC. 15)

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Amended Motion to Dismiss, and in support thereof states as follows:

1. The Debtor(s) filed this Chapter 13 case on August 09, 2019.

2. The Debtor(s) failed to appear at the Section 341 hearing(s) originally scheduled for September 04, 2019.

3. The Debtor(s) is delinquent in payments to the Chapter 13 Trustee, as the Debtor(s) has failed to make any payment to the Trustee (see attached copy of receipts).

**WHEREFORE**, the Chapter 13 Trustee prays that this case be dismissed and for such other and further relief as the Court may deem appropriate.

**RESPECTFULLY SUBMITTED**.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
   OFFICE OF CHAPTER 13 TRUSTEE
   POST OFFICE BOX 646
   TALLAHASSEE, FL 32302
   ldhecf@earthlink.net
   (850) 681-2734 "Telephone"
   (850) 681-3920 "Facsimile"

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

| | |
|---|---|
| JULIA MARIE YOUNG | LEIGHANNE BOONE |
| 207 GRACE STREET | THE BOONE LAW FIRM, PA |
| TALLAHASSEE, FL 32301 | 207 WEST PARK AVE. |
| | SUITE A |
| | TALLAHASSEE, FL 32301 |

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
   OFFICE OF CHAPTER 13 TRUSTEE

**EXHIBIT**
IF BLANK, THERE ARE NO RECEIPTS

Receipts Paid:

| **DATE** | **AMOUNT** |
|---|---:|
| | |

TOTAL AMOUNT PAID: **0.00**