UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                                CASE NO.: 19-40412-KKS
                                                                      CHAPTER 13

JULIA MARIE YOUNG

_____Debtor_____/

## CHAPTER 13 TRUSTEE'S
## OBJECTION(S) TO CONFIRMATION OF
## CHAPTER 13 PLAN (DOC. 12)

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby objects to confirmation of Debtor(s)' Chapter 13 Plan (Doc. 12) for the following reasons:

1.   The Plan base is not sufficient to pay all allowed secured, priority and administrative claims as filed.

2.   Part 5.1 of the Plan appears to be incomplete. Further, due to possible income fluctuation(s), the distribution to unsecured creditors may increase, and unsecured creditors are entitled to receive six percent (6%) interest to the extent funds are available. The proposed Plan does not provide for same.

3.   The Plan fails to address the secured Proof of Claim filed by the Leon County Tax Collector ($1,100.21).

4. The Debtor(s) does not meet the liquidation test due to non-exempt personal property. Specifically, the scheduled amount exceeds the allowable exemption, or $352.50, as Schedule B discloses household goods and personal property valued at $1,470.00.

5. The Debtor(s)' Schedules reflect a claim secured by a lien on the Debtor(s)' residence which it appears may be paid by the Trustee. The Trustee has not been provided with copies of documents which support a perfected security interest to determine if the claimant has a perfected security interest. In addition, the Trustee has not been provided with a copy of the itemization of the pre-petition fees, costs and other charges, including any attorney's fees if applicable, which apply to this claim. If the documents, through a Proof of Claim, or in another manner are provided to the Trustee, this objection to confirmation may be resolved or rendered moot.

6. There is a discrepancy between the amount to be paid through the Plan ($10,000.00) and the mortgage arrearage reflected in the Proof of Claim filed by SunTrust Bank ($12,116.65).

7. The Chapter 13 Trustee has not been served with a copy of a filed Certification stating that Debtor(s) is current with domestic support obligations.

8. The Trustee has not been provided with a copy of the filed Certification from the Debtor(s) that all applicable federal, state and local tax returns, as required, have been filed and served on the Chapter 13 Trustee.

**RESPECTFULLY SUBMITTED**.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
   OFFICE OF CHAPTER 13 TRUSTEE
   POST OFFICE BOX 646
   TALLAHASSEE, FL 32302
   ldhecf@earthlink.net
   (850) 681-2734 "Telephone"
   (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

| | |
|---|---|
| JULIA MARIE YOUNG | LEIGHANNE BOONE |
| 207 GRACE STREET | 207 WEST PARK AVE., SUITE A |
| TALLAHASSEE, FL 32301 | TALLAHASSEE, FL 32301 |

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
   OFFICE OF CHAPTER 13 TRUSTEE