UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:  　　　　　　　　　　　　　　　CASE NO.: 19-40412-KKS
　　　　　　　　　　　　　　　　　　　CHAPTER 13

JULIA MARIE YOUNG

____Debtor____/


## CHAPTER 13 TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR IN THE ALTERNATIVE FOR ADEQUATE PROTECTION FILED BY TRUIST BANK (DOC. 35)

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and states as follows to the Motion for Relief from the Automatic Stay or in the Alternative for Adequate Protection (Doc. 35) filed by Truist Bank:

1.  This is an unconfirmed case, and the proposed Plan provides that the Debtor(s) is to make regular monthly mortgage payments direct to the mortgage creditor, outside of the Plan. The Trustee is to pay only the mortgage arrearage owed to the creditor through the Plan in the amount of $12,116.65.

2.  A copy of the Trustee's receipts and disbursements to this creditor is attached hereto as an Exhibit for the Court's information and review.

**RESPECTFULLY SUBMITTED**.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
    OFFICE OF CHAPTER 13 TRUSTEE
    POST OFFICE BOX 646
    TALLAHASSEE, FL 32302
    ldhecf@earthlink.net
    (850) 681-2734 "Telephone"
    (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

| | |
|---|---|
| JULIA MARIE YOUNG<br>207 GRACE STREET<br>TALLAHASSEE, FL 32301 | TRUIST BANK<br>C/O BROCK & SCOTT, PLLC<br>2001 NORTHWEST 64TH STREET<br>SUITE 130<br>FORT LAUDERDALE, FL 33309 |
| LEIGHANNE BOONE<br>THE BOONE LAW FIRM, PA<br>207 WEST PARK AVE.<br> SUITE A<br>TALLAHASSEE, FL 32301 | |

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
    OFFICE OF CHAPTER 13 TRUSTEE

## EXHIBIT
### IF BLANK, THERE ARE NO RECEIPTS

Receipts Paid:

| DATE | | AMOUNT |
|---|---|---|
| Nov 18, 2019 | M.O. | $207.50 |
| Nov 18, 2019 | M.O. | $415.00 |
| | TOTAL AMOUNT PAID: | **622.50** |

# EXHIBIT
## IF BLANK, THERE ARE NO DISBURSEMENTS

Disbursements Paid:

| **DATE** | **AMOUNT** |
|---|---:|
| TOTAL AMOUNT DISBURSED: | $.00 |